DOCKET#
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

JUL - 8 2010

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS APPRENTICESHIP
AND TRAINING FUND, and THOMAS FISHER (in
his capacity as Trustee);

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

        Plaintiffs,

vs.                              Case No. 10-cv-205

MIDWEST BRICKPAVING, INC.,

        Defendant.

---

### ENTRY OF DEFAULT OF DEFENDANT

---

The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that the Defendant in the above-captioned matter, Midwest Brickpaving, Inc., has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.;

The Clerk hereby enters the default of Defendant Midwest Brickpaving, Inc. pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 8th day of July, 2010.

                                                        _Peter Oppeneer_
                                                        Clerk