IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS APPRENTICESHIP
AND TRAINING FUND and THOMAS FISHER
(in his capacity as Trustee),

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST
FUND,

                Plaintiffs,

v.                                                          Case No. 10-CV-205

MIDWEST BRICKPAVING, INC.,

                Defendant.

---

### ENTRY OF JUDGMENT

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers Apprenticeship and Training Fund, Thomas Fisher (in his capacity as Trustee) and Wisconsin Laborers-Employers Cooperation and Education Trust Fund, recover from the defendant Midwest Brickpaving, Inc. the sum of $79,777.48 with post-judgment interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this 30th day of March, 2011.

                                                      _/s/ Peter Oppeneer_
                                                      Clerk of Court

Approved as to form this 30th day of March, 2011.

_/s/_
U. S. District Court Judge